NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEBORAH A. ZOMERMAAND,       )
                             )
          Petitioner,        )
                             )
v.                           )      Case No. 2D17-4309
                             )
CITY OF TAMPA, and STATE STREET )
HOMES III, LLC,              )
                             )
          Respondents.       )
_____ )

Opinion filed March 28, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Martha J.
Cook, Judge.

Deborah A. Zomermaand, pro se.

Kristin M.T. Mora, Assistant City
Attorney, and Robin Horton-Silverman,
Assistant City Attorney, Tampa, for
Appellee City of Tampa.

No appearance for Appellee State Street
Homes III, LLC.


PER CURIAM.


          Dismissed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.